E-FILED
Thursday, 08 November, 2007  10:24:41 AM
Clerk, U.S. District Court, ILCD

FILED
NOV 7 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR07-200 |
| Plaintiff, | |
| v. | IN VIOLATION OF: |
| RUTH SMITH PALMER, | Title 18, United States Code, Section 641 |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about February, 2005, or before, through on or about October, 2006, or later, in Macon County, in the Central District of Illinois,

**RUTH SMITH-PALMER,**

defendant herein, did knowingly receive and retain, without authority, and for her own use and gain, money exceeding $1000 belonging to the United States, namely, Railroad Retirement Board benefit payments.

In violation of Title 18, United States Code, Sections 641.

A TRUE BILL.

_____
FOREPERSON

_____
RODGER A. HEATON
United States Attorney

CSB