# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES**  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
**IN THE CASE OF** ____ VS. ____   FOR ____  AT ____

**LOCATION NUMBER:** ____

**PERSON REPRESENTED** (Show your full name): Ruth Smith-Palmer

FILED
DEC 11 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) ____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: ____
District Court: 07-20109
Court of Appeals: ____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No (NR) ☒ Am Self Employed
Name and address of employer: Babysitting
IF YES, how much do you earn per month? $ 400
IF NO, give month and year of last employment ____ R.P. yrs. ago.
How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $1,340/mo from Social Security (widow's benefits), Babysitting

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 900

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE: unknown  DESCRIPTION: residence @ 531 ½ Martin Luther King
VALUE: ~$8000  DESCRIPTION: 2000 Oldsmobile Park Avenue

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☒ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  | Visa | $1200 | $25 |
|  | Land of Lincoln Credit Union | $8500 | $200 |
|  | Chic Clinic (medical) | $400 | $75 |
|  | Utilities/insurance/groceries/misc. | | $915 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/11/07



SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Ruth Smith Palmer