# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA** )
   Plaintiff )
   )
   ) CASE NO. **07-20109**
   )
**RUTH SMITH-PALMER** )
   Defendant )

## SCHEDULING ORDER IN CRIMINAL CASE

   This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30 P.M.** on **FEBRUARY 6, 2008** before the Honorable Michael P. McCuskey.

   IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **FEBRUARY 19, 2008** before the Honorable Michael P. McCuskey.

   **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

   ENTER this 11th day of December, 2007.


                                             s/David G. Bernthal
                                        _____
                                        DAVID G. BERNTHAL
                                        U.S. MAGISTRATE JUDGE