AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 NOV -9 P 4:31
US MARSHALS SERVICE
CENTRAL ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.                                                                                          Case Number:    07-20109

RUTH SMITH-PALMER
531 1/2 S. Martin Luther King Drive
Decatur, Illinois

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**,

201 S. Vine St. Urbana, Illinois
at
1:30 P.M.
on
December 11, 2007
before the
HONORABLE DAVID G. BERNTHAL

FILED
DEC 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To answer a(n) Indictment charging you with a violation of Title 18, United States Code, Section 641.

Brief description of offense:

Theft of Government Property

DATE: 11/8/07

DAVID G. BERNTHAL

_s/David G. Bernthal_
U.S. MAGISTRATE JUDGE

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)  11/29/07 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: 531 ½ South Martin Luther King Decatur, IL

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 11/29/07
Date

Steven Deatherage
Name of United States Marshal

DUSM JCarroll
(by) Deputy United States Marshal

Remarks: