UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>RUTH SMITH-PALMER,<br><br>　　Defendant | No.: 07-CR-20109 |

*MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, RUTH SMITH-PALMER, by and through her attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for February 6, 2008, and vacating the trial date, presently scheduled for February 19, 2008, and in support thereof, states as follows:

1.  The Office of the Federal Public Defender was appointed to represent Ruth Smith-Palmer by United States Magistrate Judge Bernthal on or about December 11, 2007.

2.  This is Ms. Smith's <u>FIRST</u> request for a continuance of her pretrial conference and trial dates.

3.  Defense counsel needs more time to review the case and discuss this matter with Ms. Smith so that she can make an informed decision regarding her right to trial.

1

4.	Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

Respectfully Submitted,

RUTH SMITH-PALMER, Defendant


RICHARD H. PARSONS
Federal Public Defender

		s/John Taylor
BY:_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                                  s/John Taylor

                                                  _____
                                                  JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org