E-FILED
Monday, 30 June, 2008   03:57:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RUTH SMITH-PALMER,<br><br>Defendant | No.: 07-CR-20109 |

### *MOTION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES*

NOW COMES the Defendant, RUTH SMITH-PALMER, by and through her attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and moves this Court for the entry of an Order vacating the pretrial conference date, presently scheduled for July 1, 2008, and the trial date, presently scheduled for July 28, 2008, and in support thereof, states as follows:

1.   The Office of the Federal Public Defender was appointed to represent RUTH SMITH-PALMER by United States Magistrate Judge Bernthal on or about December 11, 2007.

2.   Parties have reached a tentative agreement that should resolve the case short of trial.

WHEREFORE, Defendant respectfully requests the entry of an Order vacating the pretrial conference and jury trial dates in this cause.

Respectfully Submitted,

RUTH SMITH-PALMER, Defendant


RICHARD H. PARSONS
Federal Public Defender

BY: s/John Taylor
 _____
 JOHN TAYLOR
 Assistant Federal Public Defender
 300 West Main Street
 Urbana, Illinois 61801
 Telephone: (217) 373-0666
 Facsimile: (217) 373-0667
 Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                                s/John Taylor

                                                _____
                                                JOHN TAYLOR
                                                Assistant Federal Public Defender
                                                300 West Main Street
                                                Urbana, Illinois 61801
                                                Telephone: (217) 373-0666
                                                Facsimile: (217) 373-0667
                                                Email: John_Taylor@fd.org