E-FILED
Thursday, 07 August, 2008  02:06:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 07-CR-20109 |
| RUTH SMITH-PALMER, | |
| Defendant | |

### *MOTION TO CONTINUE STATUS HEARING OF SEPTEMBER 5, 2008*

NOW COMES  the Defendant, RUTH SMITH-PALMER, by and through her attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the status hearing of September 5, 2008 and states:

1.    The parties have agreed to a written plea.

2.    Medical documents of the defendant must be procured and delivered to the USA  to finalize the agreement.

3.    Although defense counsel has diligently sought those records they have not yet been forthcoming.

4.    The government joins in this motion.

5.    Accordingly, the parties wish further time to secure said records and request a continuance of the above status hearing.

1

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the status hearing aforementioned.

Respectfully Submitted,

RUTH SMITH-PALMER, Defendant

RICHARD H. PARSONS
Federal Public Defender

s/John Taylor
BY:_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to Assistant United

States Attorney Colin S. Bruce.

s/John Taylor

_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org